OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 25. 2015

6/24/2015
GRIGGS, EDGAR          Tr. Ct. No. 1222975-A                 WR-83,365-01

On this day the Application for writ of habeas corpus has been dismissed without
written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte
Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk



EDGAR  GRIGGS
TELFORD UNIT - TDC # 1771618
3899 STATE HWY 98
NEW BOSTON, TX  75570

.Ц T F

N3B  75570